

Entered on Docket
May 01, 2009

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

DLJ Mortgage Capital, Inc.
08-70602 / 0011115276

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Apolosi F. Afu and Mohelata I. Afu

Debtors.

07-51299-mkn

Motion no.
Date:
Time:

Chapter 13

## ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on March 31, 2009  and Debtors failure

to cure the default prior to its expiration, and good cause appearing.

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2    above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to

3    Secured Creditor, DLJ Mortgage Capital, Inc. its assignees and/or successors in interest, and Secured

4    Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally

5    described as 6437 Maricopa Dr. , Sun Valley NV and legally described as follows:

6    Lot 388, Block B, of STONE CREEK PHASE 8 AT HIGHLAND RANCH NORTH, according
to the Map thereof, filed in the Office of the County Recorder of Washoe County, State of Nevada, on
7    February 10, 1995, as File No. 1870429, Tract Map No. 3115.

8    pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete

9    possession of the subject property.

10

11    **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

12    **give Debtors at least five business days' notice of the time, place and date of sale.**

13

14    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

15    withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee

    of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its
16
    secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the
17
    foreclosure sale.
18
    DATED this _____ day of _____, 2009.
19

20    Submitted by:
    Wilde & Associates
21
        /s/ Gregory L. Wilde
22    By_____

23    **GREGORY L. WILDE, ESQ.**
    Attorney for Secured Creditor
24    208 South Jones Boulevard
    Las Vegas, Nevada 89107
25

26